
JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 632 -- In re Mid-Air Collision at San Jose Airport, San Jose, California, on June 26, 1982

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/23 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Pltfs. Constance J. Cornet, et al. -- SUGGESTED TRANSFEREE DISTRICT: N.D. CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/01/31 | 2 | RESPONSE -- Pltf. Betty Lou Cochrane, et al. -- w/cert. of svc. (rh) |
| 85/02/01 | | APPEARANCES: DANIEL W. WINTERS, ESQ. for Estate of Robert G. Cochrane; WILLIAM A. QUINLAN, ESQ. for Betty Lou Cochrane, et al.; JAMES J. McCARTHY, ESQ. for Constance J. Cornet, et al.; JAMES STOTTER, II, ESQ. for U.S.A. (cds) |
| 85/02/06 | 3 | REQUEST FOR EXTENSION OF TIME -- Deft. United States of America -- GRANTED to & including February 14, 1985 -- Notified involved counsel (rh) |
| 85/02/07 | | APPEARANCE: Daniel L. Mitchel, Esq. for Lilla Conkle (cds) |
| 85/02/07 | 4 | RESPONSE -- Aetna Casualty & Surety Co. -- w/Declaration of Daniel W. Winters, Brief, Schedule and cert. of service (cds) |
| 85/02/14 | 5 | RESPONSE -- United States of America -- w/Exhibits and cert. of service (cds) |
| 85/02/21 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/03/29 | | HEARING APPEARANCES: JAMES J. MCCARTHY, ESQ. for Constance J. Cornet, et al.; WILLIAM A. QUINLAN, ESQ. for Betty Lou Cochrane, et al.; JAMES R. SULLIVAN, ESQ. for United States of America (rh) |
| 85/03/29 | | WAIVER OF ORAL ARGUMENT: Aetna Casualty & Surety Co. (rh) |
| 85/04/17 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to N.D. California to the Hon. Marilyn H. Patel pursuant to 28 U.S.C. §1407 (rh) |
| 85/04/17 | | TRANSFER ORDER -- transferring A-1, A-2, A-3, A-4 to the N.D. California pursuant to 28 U.S.C. §1407. Notified invlved counsel, misc. recipients, judge and clerk. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 632 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Mid-Air Collision at San Jose Airport, San Jose, California, on June 26, 1982

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 28, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 17, 1985 | TO | unpublished | N.D. Cal. | Hon. Marilyn H. Patel | |

**Special Transferee Information**

*July 1992 Litigation Closed*

DATE CLOSED: 4/16/91

.JPML FORM 1

LISTING OF INVOLVED ACTIONS

N.D. California
Judge Marilyn H. Patel

DOCKET NO. 632 -- In re Mid-Air Collision at San Jose Airport, San Jose, California, on June 26, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Constance J. Cornet, et al. v. U.S.A. | C.D.Cal. Rymer | CV84-2968-PAR | 4/1/85 | 85-3962 MHP | 4/15/91 D | |
| A-2 | Lilla Conkle v. U.S.A. | N.D.Cal. Ingram | C84-20410-WAI | — | 85-0257 MHP | 4/16/91 D | |
| A-3 | Betty Lou Cochran, et al. v. U.S.A. | N.D.Cal. Lagge | C84-7531-CAL MHP | — | 84-7531 MHP | 4/16/91 D | |
| A-4 | Aetna Casualty & Surety Co. v. U.S.A., et al. | N.D.Cal. Ingram | C84-20281-WAI | — | 85-0258 MHP | 4/16/91 D | |

Note: cases trans. from San Jose to SF and renumbered.

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 632 -- In re Mid-Air Collision at San Jose Airport, San Jose, California, on June 26, 1982

---

CONSTANCE J. CORNET, ET AL. (A-1)
James J. McCarthy, Esq.
Magana, Cathcart, McCarthy & Pierry
1801 Avenue of the Stars, Suite 810
Los Angeles, CA 90067

LILLA CONKLE (A-2)
Daniel L. Mitchell, Esq.
Meyer and Mitchell
22300 Foothill Blvd., Suite 606
Hayward, California 94541

BETTY LOU COCHRANE, ET AL. (A-3)
William A. Quinlan, Esq.
Quinlan, Kershaw, Fanucchi & Hoffman
2409 Merced Street, Suite 3
Fresno, CA 93721

AETNA CASUALTY & SURETY CO. (A-4)
Daniel W. Winters, Esq.
Coddington & Winters
3000 Sand Hill Road
Building 1, Suite 185
Menlo Park, CA 94025

UNITED STATES OF AMERICA
(NO APPEARANCE RECEIVED)
James Stotter, II, Esq.
Special Assistant U.S. Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012