JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 632

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   APR 17 1985

IN RE MID-AIR COLLISION AT SAN JOSE AIRPORT, SAN JOSE, CALIFORNIA, ON
JUNE 26, 1982

CLERK OF THE PANEL

TRANSFER ORDER*

This litigation presently consists of four actions pending in two federal districts: three actions in the Northern District of California and one action in the Central District of California. Before the Panel is a motion by the Central California plaintiffs, pursuant to 28 U.S.C. §1407, to centralize the actions in the Northern District of California for coordinated or consolidated pretrial proceedings. Plaintiffs in two Northern California actions favor centralization. Defendant United States opposes the motion.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Northern District of California will best serve the convenience of parties and witnesses and promote the just and efficient conduct of this litigation. These actions arise from a mid-air collision involving two Cessna aircraft at San Jose Airport in San Jose, California, on June 26, 1982, and share factual questions concerning the cause or causes of the collision. Transfer under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of California is the appropriate transferee forum. We note that 1) three of the four actions are pending in the Northern District of California; 2) the accident occurred at San Jose Airport within that district; 3) the aircraft wreckage is stored there; and 4) several witnesses, including the air traffic controllers involved in the accident and eyewitnesses, are located in the Northern District of California.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Central District of California be, and the same hereby is, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Marilyn H. Patel for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*signature*

Andrew A. Caffrey
Chairman

---

\*   Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

Schedule A

MDL-632 -- In re Mid-Air Collision at San Jose Airport, San Jose, California, on June 26, 1982

Central District of California

Constance J. Cornet, et al. v. United States of America, C.A. No. CV84-2968-PAR

Northern District of California

Lilla Conkle v. United States of America, C.A. No. C84-20410-MHP
Betty Lou Cochrane, et al. v. United States of America, C.A. No. C84-7531-MHP
Aetna Casualty & Surety Co. v. United States of America, et al., C.A. No. C84-20281-MHP